

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,927

**EX PARTE ANTHONY JEROME SCOTTS Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. D-1-DC-06-206246-B IN THE 299TH DISTRICT COURT
## FROM TRAVIS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of more than one gram of cocaine and sentenced to eight years' imprisonment. Appeal was dismissed because the notice was not timely filed. *Scotts v. State*, No. 03-07-555-CR (Tex. App. - Austin, delivered October 11, 2007, no pet.).

Applicant contends that his trial counsel rendered ineffective assistance because he failed to timely file notice of appeal, and counsel has submitted an affidavit admitting that he did not file a notice of appeal. The trial court has determined that trial counsel failed to timely file notice of

appeal although Applicant has always indicated he wanted to appeal. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Case No. D-1-DC-06-206246 from the 299th Judicial District Court of Travis County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: June 4, 2008
Do Not Publish